IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WANETA COLE,

       Plaintiff,              Civ. No. 10-510-CL

    v.                     **ORDER**

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation (#21), and the matter is now before this court.
See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff
filed objections. Accordingly, I have reviewed the file of this
case *de novo*.   See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas
Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir.

1 - ORDER

1981). I conclude the R & R is correct. Magistrate Judge Clarke's Report and Recommendation (#21) is adopted.

IT IS SO ORDERED.


DATED this ___4___ day of November, 2011.


OWEN M. PANNER
U.S. DISTRICT JUDGE


2 - ORDER