IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WANETA COLE,

        Plaintiff,                Civ. No. 10-510-CL

    v.                               **ORDER**

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#21), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir.

1 - ORDER

1981). I conclude the R & R is correct. Magistrate Judge Clarke's Report and Recommendation (#21) is adopted.

IT IS SO ORDERED.

DATED this ___4___ day of November, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER